UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-130-SPC-KCD

CHRISLENE WITTE

## ORDER OF FORFEITURE

Before the court is the United States' Motion for an Order of Forfeiture against Defendant Chrislene Witte in the amount of **$35,775.00**. (Doc. 42). Now that the defendant has been adjudicated guilty of Counts One and Two of the Indictment (Doc. 1), bank fraud, in violation of 18 U.S.C. § 1344, the United States seeks an order forfeiting her interest in the **$35,775.00**. *See* 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant personally obtained **$35,775.00** in proceeds as a result of the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the **$35,775.00**.

Accordingly, it is

**ORDERED**:

The United States' Motion for an Order of Forfeiture as to Defendant Chrislene Witte (Doc. 42) is **GRANTED**.

1. The defendant is liable for an order of forfeiture in the amount of **$35,775.00**.

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the **$35,775.00** order of forfeiture.

3. Any asset forfeited from the defendant will be credited up to the amount of the order of forfeiture.

4. This Order will become a final order of forfeiture as to Defendant at sentencing.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

**DONE** and **ORDERED** in Fort Myers, Florida, on February 21, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record